# EXHIBIT C





In the matter of

Don Quarles

v.

United States of America, ex rel. Bureau of Indian Affairs;
United States of America, ex rel. Environmental Protection Agency;
Texaco Inc.;
Getty Oil Co.;
Phillips Petroleum Company;
Sun Oil Co.;
Little River Energy Co.;
Yarhola Production Co.;
Spess Oil Company, Inc.; and,
Chambers & Hendrix Oil and Gas, Inc.

Case No. 00-CV-913-E(J)

in the United States District Court
for the Northern District of Oklahoma

Supplemental Report

of

J. Berton Fisher, Ph.D., CPG, RPG (TX #0201; MS#0301)
Lithochimeia, Inc.
222 South Kenosha Avenue
Tulsa, Oklahoma 74120
May 30, 2006

Prepared for

The Drummond Law Firm
1500 South Utica Avenue, Suite 400
Tulsa, OK 74104

1

# I. Introduction

This report supplements previous reports filed in this matter. All opinions previously expressed, including their bases, as well as all data and/or documents considered in forming these previously expressed opinions, and all supporting information or other data or documents presented in these prior reports is included in this supplemental report by reference.

Data and other information I have reviewed in forming the opinions expressed in this supplemental report are provided in Section IV of this supplemental report.

## II. Bases of Opinions

During the period October 12, 2006 and October 29, 2006 I made an inspection of the Quarles eastern property, the Quarles western property and adjacent areas.

During this inspection, I made visual observations, took photographs, collected samples of soils and, at a limited number of locations, made terrain conductivity surveys.

In addition, I reviewed driller's logs for wells drilled on the Quarles eastern property and the Quarles western property.

The soil samples collected were analyzed for parameters relevant to their contamination by saltwater and/or crude oil.

# III. Opinions

My analysis of visual and instrumental observations made, analytical data received, documents I reviewed, my training, my general work experience, and my specific work experience in the analysis of processes used in and waste streams generated by petroleum exploration and production activities, have led me to the following opinions:

Soils on both the Quarles eastern property and Quarles western property and in some areas adjacent to the Quarles eastern property are contaminated by wastes from petroleum production operations, including saltwater and oil.

Fresh groundwater exists within the interval 0-300 feet (bgs) of geologic materials on both the Quarles eastern property and the Quarles western property.

The presence of wastes from petroleum production operations in soils on both the Quarles eastern property and the Quarles western property is a threat to surface waters on, and fresh groundwater beneath, both the Quarles eastern property and the Quarles western property.

I reserve the right to supplement, modify and amend the opinions expressed herein or in prior reports filed in this matter based on the discovery of any new facts or data, or to rebut opinions or evidence provided by other experts in this matter.

Signed: _____   Date: _____

John Berton Fisher, Ph.D., CPG, RPG (TX#0201; MS#0301)

# IV. Data and Other Information Considered in Forming the Opinion

**EXHIBIT A**
**Quarles Eastern Property and Quarles Western Property Index Maps**





**EXHIBIT B**
**Analytical Data Received as of November 7, 2006 for Samples Collected on the Quarles Eastern Property and the Quarles Western Property and Nearby Locations during the Period October 12, 2006 through October 29, 2006**

Summary Chemistry

| Location | Position | Description | Sample | pH | EC (µs/m) | Na (ppm) | SAR (%) | ESP (%) | TPH (DRO) (mg/kg) | Cl (ppm) | B (ppm) | TSS (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | N36 24.369 W96 30.793 | Drum Well #2A; abandoned well; unplugged; asphaltic cemented soil at wellhead; bare soil on location | 31 | 5.9 | 6,200 | 844 | 11.2 | 13.1 | | 1,899.86 | 0.15 | 4,092 |
| 5 | N36 24.348 W96 30.816 | Drum Well #1A; flowline junction; evidence of oil release and saltwater release | 32 | 6.3 | 658 | 33 | 1 | 0.2 | | 78.36 | 0.05 | 434 |
| 8 | N36 24.455 W96 30.820 | Drum Well #7; abandoned location; unplugged | 33 | 7.7 | 19,050 | 3335 | 30 | 29.9 | | 6,483.00 | 0.1 | 12,573 |
| 9 | N36 24.505 W96 30.819 | Probable salt killed trees | 34 | 8.3 | 3,120 | 188 | 2.4 | 2.2 | | 424.58 | 0.03 | 2,059 |
| 10 | N36 24.510 W96 30.818 | Drum Well #10 (injector) and tank battery; denuded area leading to west from tank battery | 35 | 7.8 | 8,040 | 1196 | 14.9 | 17.1 | 10,000 | 2,622.09 | 0.17 | 5,306 |
| 10 | N36 24.391 W96 30.827 | Drum Well #10 (injector) and tank battery; denuded area leading to east from tank battery | 36 | 7.6 | 7,290 | 1149 | 15.7 | 17.8 | | 2,356.72 | 0.16 | 4,811 |
| 10 | N36 24.465 W96 30.836 | Unimpacted area off road away from oil and gas activity | 37 | 8.1 | 419 | 9 | 0.3 | 0 | | 22.50 | 0.04 | 349 |
| 14 | N36 25.743 W96 12.178 | Spess well; saltwater release area to west of non-operating well; TPH sample @ wellhead | 43 | 6.5 | 643 | 38 | 1.1 | 0.4 | 8,100 | 112.82 | 0.03 | 424 |
| 16 | N36 25.849 W96 12.154 | Spess Pitts "F" 4; composite of altered vegetation area to south of well | 42 | 8.3 | 2,770 | 259 | 4.1 | 4.6 | | 736.05 | 0.02 | 1,828 |
| 17 | N36 25.757 W96 12.418 | Spess Pitts "F" #3; well inoperative; area of vegetation change to south of well ~ 150'X200' | 46 | 6.5 | 220 | 9 | 0.4 | 0 | | 20.35 | 0.05 | 145 |
| 18 | N36 25.771 W96 12.195 | Spess Pitts "F" 2; well inoperative; sample from area of flowline leaks to south of well | 44 | 6.3 | 814 | 93 | 3.3 | 3.5 | 4,900 | 207.93 | 0.04 | 537 |
| 18 | N36 25.851 W96 12.418 | Spess Pitts "F" 2; well inoperative; sample from area of flowline leaks to south of well (duplicate sample of 44) | 45 | 5.9 | 866 | 98 | 3.3 | 3.5 | | 229.35 | 0.04 | 572 |
| 19 | N36 25.957 W96 12.288 | Spess Pitts "F" #1; abandoned well; umpacted background conductivity soil to West and North of well | 40 | 7.0 | 131 | 7 | 0.5 | 0 | | 12.23 | 0.02 | 86 |
| 19 | N36 25.958 W96 12.156 | Spess Pitts "F" #1; abandoned well; sample of soil from pit located to South of well | 41 | 8.4 | 641 | 15 | 0.4 | 0 | | 13.83 | 0.05 | 515 |
| 25 | N36 24.407 W96 30.841 | Spess Pitts #7; sample from area of altered vegetation to south of wellhead | 39 | 6.9 | 3,340 | 115 | 1.1 | 0.4 | | 104.36 | 0.1 | 2,785 |
| 26 | N36 24.460 W96 30.776 | Active well without placard; minor hydrocarbon spill at wellhead; evidence of brine release to west | 38 | 8.1 | 4,240 | 465 | 6.4 | 7.5 | | 1,212.15 | 0.11 | 2,798 |
| 28 | N36 24.372 W96 30.888 | Spess TR26426 #11; brine spill flowed to north of well; new crushed LS @ well sample from impacted area ~ 100'x20' | 15 | 7.6 | 3,530 | 424 | 6.8 | 8 | | 951.00 | 0.05 | 2,330 |