# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Don Quarles, et al,

                Plaintiff(s),

vs.

BIA, et al,

                Defendant(s).

Case Number: 00-cv-913-GKF-PJC
Proceeding: Daubert Hrg./Evid Hrg.
Date: 6/18/07
Court Time: 9:30 - 11:10; 11:20 - 12:50; 1:50 - 4:00; 4:10 - 4:40

### MINUTE SHEET

Gregory K. Frizzell, U.S. District Judge    H. Overton, Deputy Clerk    Glen Dorrough, Reporter

Counsel for Plaintiff: Genter Drummond, Donna DeSimone, Pltf. Don Quarles present

Counsel for Defendant: Ron Ricketts, Mia Vahlberg, Scott Hathaway, Teresa Hill, Lloyd Landreth, Guy Clark, Rick Westcott

Minutes: Mr. Hathaway excused from the hearing (Tony Oil Dismissed), Defts. Mots. #315, 316 & 330 are found moot; Pltfs mot #397 denied; Statements made on Defts. Mots #326, 320, 321, 327, 329, Defts. Present evid. & rests, all parties rest; Arguments made, Court will hear Deft mot #320, 321, 327& 329 (Sublett Joinder re: 315) on 7-27-07 at 1:30 p.m., Defts mot #326 - granted in part & denied in part. Clean Water Act, etc discussed & Pltf may move to dismiss.

Exhibits returned to parties.

                Deft. Witness

| Name | Time |
|---|---|
| John B. Fisher | 10:00 - 11:10 |
| John B. Fisher | 11:20 - 12:50 |
| John B. Fisher | 1:50 - 2:20 |
| Blaine Reely | 2:20 - 3:10 |
| Lloyd Deuel | 3:10 - 4:00 |